UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14031-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JOSEPH PIQUET and
ALPHATRONX, INC.,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Hearing on Defendants Joseph Piquet and Alphatronx, Inc.'s Motion to Quash and Suppress **(D.E.#50)** before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on October 30, 2008. A Report and Recommendation was filed on November 7, 2008, recommending to this Court that the Defendant's Motion be denied. The Court has conducted a <u>de novo</u> review of the entire file, and notes the Defendant's objections, and the Government's response. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10 day of December, 2008.

                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record